LAW OFFICES OF DAVID C. MCGRAIL
676A Ninth Avenue #211
New York, New York 10036
(646) 290-6496
(646) 224-8377 Facsimile
David C. McGrail (DM 3904)

Counsel to HydroGen, L.L.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| HYDROGEN, L.L.C., | ) | Bankr. Case No.: 08-14139 (AJG) |
| Debtor. | ) | |

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the debtor's application for an order, pursuant to Bankruptcy Code sections 327(a), 363, and 554, Bankruptcy Rules 2014(a), 6004, and 6005, and Local Bankruptcy Rules 2014-1, 6004-1, and 6005-1, authorizing it to employ and retain M. Davis Group, LLC, and Gordon Brothers Commercial and Industrial, LLC, as its auctioneer with respect to it machinery and equipment and granting related relief and corresponding notice of presentment were served on April 16, 2009, by electronic mail, to the parties on the service list attached hereto as Exhibit 1.

Dated: April 16, 2009

s/ David C. McGrail
David C. McGrail

# EXHIBIT 1

Schulyer Carroll, Esq.
Adrienne W. Blankley, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019
Carroll.Schuyler@arentfox.com
Blankley.Adrienne@arentfox.com

Michael J. Venditto, Esq.
Jason M. Barr, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
mvenditto@reedsmith.com
jbarr@reedsmith.com

Craig Freeman, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Craig.Freeman@alston.com

Clifford Katz, Esq.
Andrew Muller, Esq.
Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
1065 Avenue of the Americas
New York, NY 10018
ckatz@platzerlaw.com
amuller@platzerlaw.com

Maria J. DiConza, Esq.
Greenberg Traurig, LLP
200 Park Ave.
New York, NY 10116
diconzam@gtlaw.com

Michael S. Tucker
Ulmer & Berne LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
mtucker@ulmer.com

Arthur Goldstein, Esq.
Todtman, Nachamie, Spizz &Johns, P.C.
425 Park Avenue
New York, New York 10022
agoldstein@tnsj-law.com